| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HESTON & HESTON<br>BENJAMIN HESTON (SBN 297798)<br>19700 Fairchild Road, Suite 280<br>Irvine, California 92612-2521<br>Tel: (951) 290-2827<br>Fax: (949) 288-2054<br>ben@hestonlaw.com | **FILED & ENTERED**<br><br>**AUG 04 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Chloe Lee, Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>MICHAEL PAUL NEWMAN<br><br>Debtor<br>_____<br><br>CHLOE TAEKYEONG LEE,<br>Trustee of the Sang Hoon Lee Living Trust,<br><br>Plaintiff<br><br>vs.<br><br>MICHAEL PAUL NEWMAN<br><br>Defendant | CASE NO.: 6:21-bk-11329-SC<br>CHAPTER: 7<br>ADVERSARY NO: 6:21-ap-01071-SC<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: August 2, 2022<br>TIME: 10:00 am<br>COURTROOM: 126<br>ADDRESS: 3420 Twelfth Street<br>     Riverside, CA 92501 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____
   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                Page 1                                **F 7016-1.2.ORDER.STATUS.CONF**

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

e. ☒ The last date for pre-trial motions to be heard is *(date)*: January 20, 2023

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: December 1, 2022

g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* February 28, 2023    *(time)* 10:00 am
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: The last day for discovery motions to be heard and resolved is December 1, 2022.

The parties are advised to cooperate and follow all applicable local and federal rules. The failure to do so may subject the offending party to monetary and/or non-monetary sanctions, including the dismissal of the complaint or striking of the answer.

###

Date: August 4, 2022

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**