**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: <br><br>MICHAEL PAUL NEWMAN, <br><br>  Debtor. <br><br>―――――――――――― <br><br>CHLOE TAEKYEONG LEE, <br><br>  Plaintiff, <br><br>v. <br><br>MICHAEL PAUL NEWMAN, <br><br>  Defendant. | Case No.: 6:21-bk-11329-SC <br><br>Chapter 7 <br><br>Adv. No.: 6:21-ap-01071-SC <br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** <br><br>Current Status Conference <br>Date: February 28, 2023 <br>Time: 10:00 a.m. <br>Courtroom 126 |

TO THE HONORABLE SCOTT C. CLARKSON:

Plaintiff, Chloe Taekyeong Lee, and Defendant, Michael Paul Newman, through their respective counsel, Benjamin Heston and Donald Reid, hereby agree and stipulate to the following.

Counsel for both parties have met and conferred and agree that it would be in the best interests of all parties and to continue the pre-trial conference. Based on the Court's calendar, Parties are amendable to having the matter heard on April 20, 2023, or at the Court's earliest convenience thereafter.

WHEREFORE, subject to Court approval, the Parties stipulate as follows:

1. The Pre-Trial Conference currently set for February 28, 2023 is to be taken off calendar and continued to April 20, 2023.

NEXUS BANKRUPTCY

Date: February 14, 2023

Benjamin Heston,
Attorney for Plaintiff

LAW OFFICE OF DONALD REID

Date: February 14, 2023

Donald Reid,
Attorney for Defendant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/15/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Suzanne C Grandt    suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
Howard B Grobstein (TR)    hbgtrustee@gtllp.com, C135@ecfcbis.com
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/15/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Scott C. Clarkson
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2023 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**