1

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)

2

100 Bayview Circle #100
Newport Beach, CA 92660

3

Tel: 951.290.2827
Fax: 949.288.2054

4

*ben@nexusbk.com*

5

Attorney for Plaintiff

6

FILED & ENTERED

FEB 15 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY craig     DEPUTY CLERK**

7

UNITED STATES BANKRUPTCY COURT     CHANGES MADE BY COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

RIVERSIDE DIVISION

10

11

In re:

Case No.: 6:21-bk-11329-SC

MICHAEL PAUL NEWMAN,

Chapter 7

12

Debtor.

Adv. No.: 6:21-ap-01071-SC

13

14

CHLOE TAEKYEONG LEE,

**ORDER ON STIPULATION TO
CONTINUE PRE-TRIAL
CONFERENCE**

15

Plaintiff,

<u>Hearing</u>
Date:          April 25, 2023
Time:          10:00 a.m.
Courtroom 126 - Virtual

16

v.

17

MICHAEL PAUL NEWMAN,

18

Defendant.

19

20

The Court having reviewed the Stipulation to Continue Pre-Trial Conference filed as

21

Docket #75 on February 15, 2023, hereby orders as follows:

22

1. The Stipulation is approved;

23

2. The Pre-Trial Conference currently set for February 28, 2023 is hereby continued to April

24

25, 2023, at 10:00 a.m.

25

///

26

27

28

1

3.  The parties are cautioned that no further continuances will be permitted absent a concrete

and fulsome demonstration of good cause.

IT IS SO ORDERED.

###

Date: February 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2