United States Bankruptcy Court
Central District of California

Lee,
    Plaintiff

Adv. Proc. No. 21-01071-SC

Newman,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Grace Lok, Arms Logistics, 2839 East El Presidio Street, Carson, CA 90810, UNITED STATES 90810-1120 |
| dft | + | Michael Paul Newman, 16861 Valley Spring Drive, Riverside, CA 92503-0232 |
| intp | + | The State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Chloe Taekyeong Lee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Chloe Taekyeong Lee bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Donald W Reid | on behalf of Defendant Michael Paul Newman don@donreidlaw.com ecf@donreidlaw.com |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com C135@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf031 | Total Noticed: 3 |

Suzanne C Grandt
    on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov  joan.randolph@calbar.ca.gov

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Plaintiff

**FILED & ENTERED**

**FEB 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL PAUL NEWMAN,<br><br>　　　Debtor.<br>――――――――――――――――<br>CHLOE TAEKYEONG LEE,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL PAUL NEWMAN,<br><br>　　　Defendant. | Case No.: 6:21-bk-11329-SC<br><br>Chapter 7<br><br>Adv. No.: 6:21-ap-01071-SC<br><br>**ORDER ON STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>Hearing<br>Date:　　April 25, 2023<br>Time:　　10:00 a.m.<br>Courtroom 126 - Virtual |

　　The Court having reviewed the Stipulation to Continue Pre-Trial Conference filed as Docket #75 on February 15, 2023, hereby orders as follows:

1. The Stipulation is approved;

2. The Pre-Trial Conference currently set for February 28, 2023 is hereby continued to April 25, 2023, at 10:00 a.m.

///

3. The parties are cautioned that no further continuances will be permitted absent a concrete and fulsome demonstration of good cause.

IT IS SO ORDERED.

###

Date: February 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge