**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 951.290.2827
*ben@nexusbk.com*

Attorney for Plaintiff

**LAW OFFICE OF DONALD REID**
DONALD W. REID (281743)
PO Box 2227
Fallbrook, CA 92088
Tel: 951-777-2460
*don@donreidlaw.com*

Attorney for Defendant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-11329-SC |
| MICHAEL PAUL NEWMAN, | Chapter 7 |
| Debtor. | Adv. No.: 6:21-ap-01071-SC |
| | **JOINT EXHIBIT LIST** |
| CHLOE TAEKYEONG LEE, | Pre-Trial Conference |
| Plaintiff, | Date: October 31, 2023<br>Time: 9:30 AM<br>Courtroom 126 |
| v. | |
| MICHAEL PAUL NEWMAN, | |
| Defendant. | |

1

Plaintiff, Chloe Taekyeong Lee, and Defendant, Michael Paul Newman, hereby submit the following list of exhibits which may be used a trial:

| EX | DESCRIPTION | STIPULATED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 1. | Accident report | | | |
| 2. | 1/6/2015 email from Lindy Park to NEWMAN with insurance information | | | |
| 3. | 6/15/2015 demand letter | | | |
| 4. | Draft of complaint, dated 9/5/2015 prepared by NEWMAN | | | |
| 5. | 1/20/2016 email from NEWMAN to Lindy Park re: retainer | | | |
| 6. | 1/21/2016 email from Lindy Park to Allen Kim re: putting 15% in NEWMAN's retainer agreement | | | |
| 7. | 1/21/2016 letter from NEWMAN to insurance adjuster with retainer agreement | | | |
| 8. | 1/26/2016 letter from Lyons to Ponce | | | |
| 9. | 2/23/2016 email from insurance adjustor re: settlement acceptance | | | |
| 10. | 2/26/2016 email chain with draft of agreement between LEE and Arms Logistics | | | |
| 11. | 5% retainer agreement between NEWMAN and LEE | | | |
| 12. | 15% retainer agreement between NEWMAN and LEE | | | |
| 13. | Draft One of agreements between LEE and Arms Logistics prepared by NEWMAN | | | |
| 14. | Draft Two of agreements between LEE and Arms Logistics prepared by NEWMAN | | | |
| 15. | 3/16/2016 release of claims | | | |
| 16. | 3/16/2016 agreement between LEE and Arms Logistics | | | |

| EX | DESCRIPTION | STIPULATED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 17. | 3/28/2016 summary of expenses to be paid | | | |
| 18. | 7/11/2019 email from Hudrlik to NEWMAN | | | |
| 19. | 8/2/2016 NEWMAN's letter to LEE terminating representation (with attachments) | | | |
| 20. | 8/2/2016 email from LEE to NEWMAN re: fees | | | |
| 21. | 8/23/2016 letter from NEWMAN to LEE with refund from Collection Consultants | | | |
| 22. | NEWMAN's bank statement reflecting payment of $150,000 to NEWMAN from LEE's settlement funds | | | |
| 23. | Insurance company notes from 2015 | | | |
| 24. | Insurance company notes from 2016 | | | |
| 25. | OMITTED | | | |
| 26. | Summary of payments to NEWMAN by Caravan Canopy | | | |
| 27. | Explanation charges, final bill, and lien forms provided to NEWMAN by Collection Consultants and Providence | | | |
| 28. | 5/19/2016 letter from NEWMAN to Providence re: reduction of bills | | | |
| 29. | 5/31/2016 letter from Providence to NEWMAN re: discount | | | |
| 30. | 5/31/2016 letter from NEWMAN to Providence with checks enclosed | | | |
| 31. | 7/29/2016 letter from NEWMAN to Collection Consultants/Providence re: amount billed | | | |
| 32. | 8/18/2016 letter from Collection Consultations to NEWMAN with a refund check | | | |

| EX | DESCRIPTION | STIPULATED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 33. | 4/7/2016 fax from NEWMAN to Collection Wizards requesting itemized final bill | | | |
| 34. | 4/7/2016 response letter from Collection Wizards to NEWMAN | | | |
| 35. | 3/28/2016 notice of lien sent to NEWMAN by Rawlings Company with forms and claim information | | | |
| 36. | 4/5/2016 letter from Rawlings to NEWMAN with summary of paid claims | | | |
| 37. | 4/27/2017 letter from NEWMAN to Rawlings Company re: reduction of bill | | | |
| 38. | 4/29/2016 letter from NEWMAN to Rawlings Company accepting discount | | | |
| 39. | NEWMAN's responses to special interrogatories dated 12/15/2017 | | | |
| 40. | OMITTED | | | |
| 41. | Letter from State Bar | | | |
| 42. | Settlement Accounting | | | |
| 43. | E-mail dated 02/26/2016 from Lindy Park | | | |
| 44. | OMITTED | | | |
| 45. | OMITTED | | | |
| 46. | OMITTED | | | |
| 47. | OMITTED | | | |
| 48. | OMITTED | | | |
| 49. | OMITTED | | | |
| 50. | OMITTED | | | |
| 51. | OMITTED | | | |
| 52. | OMITTED | | | |
| 53. | OMITTED | | | |
| 54. | OMITTED | | | |

| EX | DESCRIPTION | STIPULATED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 55. | OMITTED | | | |
| 56. | Check #1002 from US Bank account #2449 | | | |
| 57. | ARMS's Accounting of $130,000 | | | |
| 58. | OMITTED | | | |
| 59. | Lee's Bank Statement from 08/19/2016 to 09/16/2016 | | | |
| 60. | OMITTED | | | |
| 61. | OMITTED | | | |
| 62. | Newman's Lease Application dated 4/12/2016 | | | |
| **STATE COURT ACTION** | | | | |
| 63. | State Court Complaint | | | |
| 64. | Transcript of State Court Trial: Volume One | | | |
| 65. | Transcript of State Court Trial: Volume Two | | | |
| 66. | Transcript of State Court Trial: Volume Three | | | |
| 67. | State Court judgment and findings of fact | | | |
| 68. | California Court of Appeals Decision | | | |
| 69. | California Supreme Court Decision on Appeal | | | |
| **STATE BAR ACTION** | | | | |
| 70. | State Bar notice of disciplinary charges | | | |
| 71. | NEWMAN's response to State Bar's disciplinary charges | | | |
| 72. | NEWMAN's response to State Bar's disciplinary charges | | | |
| 73. | State Bar's Pre-Trial Statement | | | |
| 74. | State Bar and NEWMAN's stipulation as to facts and admission of documents | | | |

| EX | DESCRIPTION | STIPULATED | OBJECTED | ADMITTED |
|---|---|---|---|---|
| 75. | NEWMAN's closing brief in State Bar action | | | |
| 76. | State Bar Trial Transcript: Volume One | | | |
| 77. | State Bar Trial Transcript: Volume Two | | | |
| 78. | State Bar Trial Transcript: Volume Three | | | |
| 79. | State Bar's Decision | | | |

**NEXUS BANKRUPTCY**

Date: May 5, 2023

_____
BENJAMIN HESTON,
Attorney for Plaintiff

**LAW OFFICE OF DONALD REID**

Date: May 5, 2023

_____
DONALD REID,
Attorney for Defendant

6