

**FILED & ENTERED**

**JUL 12 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Paul Newman,<br><br><br>Debtor(s).<br>Chloe Taekyeong Lee,<br>Plaintiff(s),<br>v.<br>Michael Paul Newman,<br>Defendant(s). | CHAPTER 7<br><br>Case No.:  6:21-bk-11329-SC<br>Adv No:   6:21-ap-01071-SC<br><br>**ORDER ADVANCING TRIAL**<br><br>New Date:<br>Date:          October 30, 2023<br>Time:          9:30 AM<br>Courtroom: 5C – In-Person |

The trial scheduled for October 31, 2023, is hereby ADVANCED to October 30, 2023, at 9:30 a.m., and will occur in-person in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, CA 92701.

**IT IS SO ORDERED.**

Date: July 12, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-