United States Bankruptcy Court

Central District of California

Lee,
    Plaintiff

Newman,
    Defendant

Adv. Proc. No. 21-01071-SC

# CERTIFICATE OF NOTICE

District/off: 0973-6　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Jul 12, 2023　　　　　　　　Form ID: pdf031　　　　　　　　Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Grace Lok, Arms Logistics, 2839 East El Presidio Street, Carson, CA 90810, UNITED STATES 90810-1120 |
| dft | + | Michael Paul Newman, 16861 Valley Spring Drive, Riverside, CA 92503-0232 |
| intp | + | The State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Chloe Taekyeong Lee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Plaintiff Chloe Taekyeong Lee bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Donald W Reid | on behalf of Defendant Michael Paul Newman don@donreidlaw.com  ecf@donreidlaw.com |
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com  C135@ecfcbis.com |
| Suzanne C Grandt | |

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: pdf031 | Total Noticed: 3 |

on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov  joan.randolph@calbar.ca.gov

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**JUL 12 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Paul Newman,<br><br>Debtor(s).<br>Chloe Taekyeong Lee,<br>Plaintiff(s),<br>v.<br>Michael Paul Newman,<br>Defendant(s). | CHAPTER 7<br><br>Case No.:  6:21-bk-11329-SC<br>Adv No:  6:21-ap-01071-SC<br><br>**ORDER ADVANCING TRIAL**<br><br>New Date:<br>Date:         October 30, 2023<br>Time:         9:30 AM<br>Courtroom: 5C – In-Person |

The trial scheduled for October 31, 2023, is hereby ADVANCED to October 30, 2023, at 9:30 a.m., and will occur in-person in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, CA 92701.

**IT IS SO ORDERED.**

Date: July 12, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-1-