NEXUS BANKRUPTCY
BENJAMIN HESTON, SBN 297798
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 949-312-1377
Fax: 949-288-2054
ben@hestonlaw.com

THE LAW OFFICES OF RICHARD A. LUCAL
RICHARD A. LUCAL, SBN 143372
333 S. Juniper Street #100
Escondido, CA 92025
Tel: 760-741-8141
Fax: 760-741-8145
ral@looral.com

Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL PAUL NEWMAN,<br><br>Debtor. | Case No.: 6:21-bk-11329-SC<br><br>Chapter 7<br><br>Adv. No.: 6:21-ap-01071-SC |
| CHLOE TAEKYEONG LEE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PAUL NEWMAN,<br><br>Defendant | **NOTICE OF ASSOCIATION OF COUNSEL**<br><br><u>Trial</u><br>Date: October 30, 2023<br>Time: 9:30 am<br>Courtroom 5C<br>Location: 411 West Fourth Street<br>            Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiff, Chloe Taekyeong Lee, and her counsel of record, Benjamin Heston, hereby associate counsel, Richard Lucal of the LAW OFFICES OF

1

1  RICHARD A. LUCAL, for bringing this matter to trial.   The contact information is below:

2

3  THE LAW OFFICES OF RICHARD A. LUCAL
   RICHARD A. LUCAL, SBN 143372
4  333 S. Juniper Street #100
   Escondido, CA 92025
5  Tel: 760-741-8141
   Fax: 760-741-8145
6  ral@looral.com

7

8                                                          NEXUS BANKRUPTCY

9  Date: October 9, 2023                                   _____
10                                                         Benjamin Heston,
                                                           Attorney for Plaintiff
11

12                                                         THE LAW OFFICES OF
                                                           RICHARD A. LUCAL
13

14 Date: October 9, 2023                                   _____
                                                           Richard A. Lucal,
15                                                         Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/9/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Suzanne C Grandt     suzanne.grandt@calbar.ca.gov, joan.randolph@calbar.ca.gov
Howard B Grobstein (TR)     hbgtrustee@gtllp.com, C135@ecfcbis.com
Donald W Reid     don@donreidlaw.com, 5969661420@filings.docketbird.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/9/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
411 West Fourth Street
Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/9/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**