United States Bankruptcy Court

Central District of California

Lee,
    Plaintiff

Newman,
    Defendant

Adv. Proc. No. 21-01071-SC

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 18, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Grace Lok, Arms Logistics, 2839 East El Presidio Street, Carson, CA 90810, UNITED STATES 90810-1120 |
| dft | + | Michael Paul Newman, 16861 Valley Spring Drive, Riverside, CA 92503-0232 |
| intp | + | The State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Chloe Taekyeong Lee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Plaintiff Chloe Taekyeong Lee bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Donald W Reid
     on behalf of Defendant Michael Paul Newman don@donreidlaw.com 5969661420@filings.docketbird.com

Howard B Grobstein (TR)
     hbgtrustee@gtllp.com C135@ecfcbis.com

| District/off: 0973-6 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 18, 2023 | Form ID: pdf031 | Total Noticed: 3 |

Suzanne C Grandt
    on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov joan.randolph@calbar.ca.gov

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
100 Bayview Circle #100
Newport Beach, CA 92660
Tel: 949.312.1377
Fax: 949-288.2054
ben@nexusbk.com

Attorney for Plaintiff

**FILED & ENTERED**

OCT 18 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:21-bk-11329-SC |
| MICHAEL PAUL NEWMAN, | Chapter 7 |
| Debtor. | Adv. No.: 6:21-ap-01071-SC |
| | **SCHEDULING ORDER AND ORDER APPROVING PRE-TRIAL STIPULATION**[1] |
| CHLOE TAEKYEONG LEE, | |
| Plaintiff, | Pre-Trial Conference: |
| v. | Date: April 25, 2023 |
| | Time: 10:00 a.m. |
| MICHAEL PAUL NEWMAN, | Location: Courtroom 126 |
| Defendant. |     3420 Twelfth Street |
| |     Riverside, CA 92501 |
| | |
| | Trial: |
| | Date: October 30, 2023 |
| | Time: 9:30 a.m. |
| | Location: Courtroom 5C |
| |     411 West Fourth Street |
| |     Santa Ana, CA 92701 |
| | |
| | Honorable Scott C. Clarkson, presiding |

On April 25, 2023, a pre-trial conference in the above-captioned adversary proceeding was held in Courtroom 126 of the United States Bankruptcy Court for the Riverside Division of the Central District of

---

[1] Due to the belatedness of this order, attached hereto is an acknowledgement by the parties that they were aware of the deadlines set forth herein and have complied with them accordingly.

1

California. Appearances were made by Benjamin Heston, Counsel for Plaintiff, Chloe Taekyeong Lee, and Donald Reid, Counsel for Defendant, Michael Paul Newman. The Court, having reviewed the pre-trial stipulation, and after a lengthy discussion on the record,

**ORDERS AS FOLLOWS:**

1. The joint pre-trial stipulation filed on April 13, 2023, as Docket #78, except as modified herein, is hereby approved.
2. Plaintiff shall provide her bates stamped exhibits to Defendant no later than April 26, 2023, at 5:00 PM.
3. Defendant shall provide his bates stamped exhibits to Plaintiff no later than April 28, 2023, at 5:00 PM.
4. Parties shall submit a joint exhibit list by no later than May 5, 2023.
5. Parties are to exchange marked transcripts by no later than May 5, 2023.
6. Any transcripts are to be lodged with the Court and submitted as exhibits.
7. Any motions in limine must be filed no later than 3 weeks before trial with a 7-day opportunity to respond.
8. Trial is to be held on October 30, 2023, at 9:30 AM[2].
9. Parties are to comply with the Court's regular trial procedures.

###

Date: October 18, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[2] At the hearing on April 25, 2023, the Court set trial for October 31, 2023. On July 12, 2023, the Court entered an order as Docket #82 advancing trial to October 30, 2023.

2

    The under-signed parties were present at the hearing held on April 25, 2023. Both parties have fully complied with all of the deadlines and procedures which the Court so requested at that hearing.

    We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: October 16, 2023

_____
Benjamin Heston,
Attorney for Plaintiff

Date: October 16, 2023

_____
Donald Reid,
Attorney for Defendant

3