United States Bankruptcy Court
Central District of California

Lee,
    Plaintiff

Newman,
    Defendant

Adv. Proc. No. 21-01071-SC

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: admin      Page 1 of 2
Date Rcvd: Oct 19, 2023      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Grace Lok, Arms Logistics, 2839 East El Presidio Street, Carson, CA 90810, UNITED STATES 90810-1120 |
| dft | + | Michael Paul Newman, 16861 Valley Spring Drive, Riverside, CA 92503-0232 |
| intp | + | The State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Chloe Taekyeong Lee |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Plaintiff Chloe Taekyeong Lee bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Donald W Reid
     on behalf of Defendant Michael Paul Newman don@donreidlaw.com 5969661420@filings.docketbird.com

Howard B Grobstein (TR)
     hbgtrustee@gtllp.com C135@ecfcbis.com

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf031 | Total Noticed: 3 |

Suzanne C Grandt
    on behalf of Interested Party The State Bar of California suzanne.grandt@calbar.ca.gov joan.randolph@calbar.ca.gov

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**OCT 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** moser **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Michael Paul Newman | Case No.:  6:21-bk-11329-SC<br>Adv No:  6:21-ap-01071-SC |
| Debtor(s). | |
| Chloe Taekyeong Lee | **ORDER REQUIRING PARTIES TO MEET AND CONFER AND FILE AMENDED JOINT EXHIBIT LIST** |
| Plaintiff(s), | |
| v. | |
| Michael Paul Newman | |
| Defendant(s). | |

    On May 5, 2023, the parties filed a Joint Exhibit List [Dk. 81]. In preparation for trial, the Court notes that the Joint Exhibit List does not state whether there are any objections to the admissibility of each exhibit sought to be admitted, in contravention to Local Bankruptcy Rule 7016-1(b)(2).

    The parties are required to meet and confer and file an Amended Joint Exhibit

-1-

List indicating the admissibility of each exhibit, whether or not there is an objection to its admissibility in evidence and the nature thereof by October 26, 2023.

**IT IS SO ORDERED.**

Date: October 19, 2023

Scott C. Clarkson
United States Bankruptcy Judge