

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: Donald Reid     Attorney Bar# 281743
Law Firm: Law Office of Donald W. Reid
Mailing Address: PO Box 2227, Fallbrook, CA 92088

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**): Donald Reid
Telephone: (951) 777-2460     E-mail: don@donreidlaw.com
Bankruptcy Case #: 6:21-bk-11329-SC     Adversary Proceeding #/MP #: 6:21-ap-01071-SC
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 10/30/2023  Time: 9:30 a.m.
Debtor: Michael Paul Newman
Adversary Proceeding Name: Chloe Lee   vs. Michael Paul Newman
Hearing Judge: S. Clarkson     Courtroom #: SA 5C
**TRANSCRIBER:** Briggs Reporting     **ALTERNATE:** Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ 30 Days (Ordinary)   ☐ 3 Days           ☐ Entire Hearing
☐ 14 Days              ☐ Next Day (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                   ☐ Testimony of Witness _____
                                           ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____   Division: _____   Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*