

**FILED & ENTERED**

MAR 11 2024

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA,

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Michael Paul Newman,<br><br>                                    Debtor. | Case No. 6:21-bk-11329-SC<br><br>Chapter 7<br><br>Adversary No. 6:21-ap-01071-SC |
| Chloe Taekyeong Lee, Trustee of the Sang Hoon Lee Living Trust,<br><br>                                    Plaintiffs,<br><br>v.<br><br>Michael Paul Newman,<br><br>                                    Defendants. | **JUDGMENT**<br><br>**Trial:**<br>Date: October 30, 2023<br>Time: 9:30 a.m.<br>Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

In accordance with the Memorandum Decision entered contemporaneously herewith, judgment is hereby entered in favor of Plaintiff Chloe Taekyeong Lee and against Defendant Michael Paul Newman pursuant to 11 U.S.C. § 523(a)(4) (Defalcation), 11 U.S.C. § 523(a)(4) (Embezzlement), and 11 U.S.C. § 523(a)(6).

**IT IS SO ORDERED.**

###

Date: March 11, 2024

Scott C. Clarkson
United States Bankruptcy Judge